Burras, Robin

Claim No. 6
Recovery Management Systems Corporation
For GE Money Bank
dba SAM'S CLUB
25 SE 2nd Ave Ste 1120
Miami FL 33131
Acct. 2317

1977238

PAY TO THE ORDER OF

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

08-11324

**BANK OF AMERICA, N.A.**       CHECK NUMBER

Barbara Rivera-Fulton, Trustee       32-1/1110 TX
P.O. BOX 19980                       0                **1024**
New Orleans, LA 70179        DATE                AMOUNT

                             10/24/11          ***********0.10

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-11324   A   Debtor: BURRAS, ROBIN | |

*Zero Dollars And 10/100*

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑃0⑃2⑃: 4437860657⑃

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229264   - KW
** C O P Y **
October 25, 2011
15:31:14

UNC.UNDER$25
08-11324

Debtor.: ROBIN ANN BURRAS
Trustee: Barbara Rivera-Fulton
Amount.:                  $0.10 CH
Check#.: 1024

Total-> $0.10

FROM: RIVERA FULTON

10/25/11
Deposit to 106000

Due:
Recovery Management
Systems Corp.
For GE Money Bank
dba SAM's Club.