Burras, Robin

Claim No. 5
Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY CREDIT SERVICES
25 SE 2nd Ave Ste 1120
Miami FL 33131
Acct. 0030

1977237
PAY TO THE ORDER OF

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

08-11324

BANK OF AMERICA, N.A.

CHECK NUMBER: 1023

32-1/1110 TX 0

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

DATE: 10/24/11
AMOUNT: ***********0.14

CASE NUMBER: 08-11324   A    ESTATE OF Debtor: BURRAS, ROBIN

Zero Dollars And 14/100

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001023⑈ ⑆111000012⑆ 4437860657⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229263  - KW
* * C O P Y * *
October 25, 2011
15:28:44

UNC.UNDER$25
08-11324
Debtor.: ROBIN ANN BURRAS
Trustee: Barbara Rivera-Fulton
Amount.:                    $0.14 CH
Check#.: 1023

Total-> $0.14

FROM: RIVERA FULTON

10/25/11
Deposit 106000
Due:
Recovery Management Systems
Corp.
For GE Money Bank
dba JCPenney Credit Services

eV.