Burras, Robin

Claim No. 4
PYOD LLC its successors and assigns as
assignee of
Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

1977236

PAY TO THE ORDER OF

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

08-11324

**BANK OF AMERICA, N.A.**

CHECK NUMBER

32-1/1110 TX
0

**1022**

| DATE | AMOUNT |
|---|---|
| 10/24/11 | ************0.22 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-11324  A  Debtor: BURRAS, ROBIN | |

Zero Dollars And 22/100

*Barbara Rivera-Fulton*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

000121: 443786065711

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229262   - KW
* * C O P Y * *
October 25, 2011
15:27:25

UNC.UNDER$25
08-11324

Debtor.: ROBIN ANN BURRAS
Trustee: Barbara Rivera-Fulton
Amount.:                $0.22 CH
Check#.: 1022

10/25/11
Deposit to 106000
Due:
PYOD LLC

CVogel

Total-> $0.22

FROM: RIVERA FULTON