Burras, Robin

Claim No. 1
La Capitol Federal Credit Union
1707 Kegleman Drive
Alexandria, LA 71303
Acct. 3870-L1

1977233
PAY TO THE ORDER OF

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

BANK OF AMERICA, N.A.

08-11324

CHECK NUMBER
1019

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX 0

DATE          AMOUNT
10/24/11      ***********0.49

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-11324   A | Debtor: BURRAS, ROBIN |

Zero Dollars And 49/100

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑃00121: 4437860657⑃

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229259    - KW
**C O P Y**
October 25, 2011
15:22:12

UNC.UNDER$25
08-11324
Debtor.: ROBIN ANN BURRAS
Trustee: Barbara Rivera-Fulton
Amount.:          $0.49 CH
Check#.: 1019

Total-> $0.49

FROM: RIVERA FULTON

10/25/11
Deposit to 106000

Due to:

La Capitol Federal Credit
Union

CVogel