Burras, Robin

Claim No. 2
PYOD LLC its successors and assigns as assignee of
Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

1977234

PAY TO THE ORDER OF

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

08-11324

BANK OF AMERICA, N.A.        CHECK NUMBER

32-1/1110 TX
0                                   1020

DATE              AMOUNT

10/24/11         ***********0.71

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-11324    A    Debtor: BURRAS, ROBIN | |

Zero Dollars And 71/100

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆⋮1110001⋮: 4437860657⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229260     - KW
* * C O P Y * *
October 25, 2011
15:24:17

UNC.UNDER$25
08-11324
Debtor.: ROBIN ANN BURRAS
Trustee: Barbara Rivera-Fulton
Amount.:
Check#.: 1020            $0.71 CH

Total-> $0.71

FROM: RIVERA FULTON

10/25/11
Deposit to 106000
Due to
PYOD LLC

Vogel