*Burras, Robin*

Claim No. 3
PYOD LLC its successors and assigns as assignee of
Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

1977235

**PAY TO THE ORDER OF**

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

08-11324

**BANK OF AMERICA, N.A.**   CHECK NUMBER

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

**1021**

| DATE | AMOUNT |
|---|---|
| 10/24/11 | ***********1.19 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-11324  A | Debtor: BURRAS, ROBIN |

*One Dollar And 19/100*

*Barbara Rivera-Fulton*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆0121⑆ 443786065 7⑈

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229261        - KW
**C O P Y**
October 25, 2011
15:25:52

UNC.UNDER$25
08-11324
Debtor.: ROBIN ANN BURRAS
Trustee: Barbara Rivera-Fulton
Amount.:
Check#.: 1021         $1.19 CH
```

10/25/11
Deposit to 106000
Due to
PYOD LLC

*C Vogel*

Total-> $1.19

FROM: RIVERA FULTON