Burras, Robin
Claim No. 7
SBA
10737 Gateway West Ste 320
El Paso, TX 79935
Acct! DLH # 94028540-10

**1977239**
PAY TO THE ORDER OF

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

08-11324

**BANK OF AMERICA, N.A.**   CHECK NUMBER

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

**1025**

| DATE | AMOUNT |
|---|---|
| 10/24/11 | ***********4.07 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-11324 | A | Debtor: BURRAS, ROBIN |

*Four Dollars And 07/100*

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆00125⑆ ⑈443786065711⑈

10/25/11
Deposit to 106000
Due: SBA

cVogel

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 229265    - KW
* * C O P Y * *
October 25, 2011
15:32:33

UNC.UNDER$25
08-11324
Debtor.: ROBIN ANN BURRAS
Trustee: Barbara Rivera-Fulton
Amount.:              $4.07 CH
Check#.: 1025

Total-> $4.07

FROM: RIVERA FULTON